UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLTON C. BALDWIN,<br><br>   Plaintiff,<br><br>   v.<br><br>MICHAEL J. ASTURE,<br>Commissioner of Social Security,<br><br>   Defendant, | Case No. CV 12-6126-PJW<br><br>JUDGMENT |

   Based upon the order entered in this case, IT IS HEREBY ORDERED that this entire action is dismissed with prejudice.

DATED: February 8, 2013      _____

                HONORABLE PATRICK J. WALSH
                UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-Soc Sec\BALDWIN, 6126\BALDWIN JUDGMENT.wpd